UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALTER A. SMITH                                    CIVIL ACTION

VERSUS                                             NO. 07-3902

PFIZER, INC., ET AL                                SECTION "C" (4)

ORDER AND REASONS

This matter comes before the Court on the defendants' motion to enforce settlement and motion to withdraw as counsel filed by C. Andrew Childers, M. Brandon Smith, Childers & Schlueter, LLP, Anthony D. Irpino, and the Irpino Law Firm. Having considered the record, the memoranda of counsel and the law, the Court has determined that both motions should be denied for the following reasons.

The motion to enforce focuses on an alleged settlement of this litigation which is not reflected in the record in any manner. The movers argue that plaintiff's counsel agreed to a settlement in writing, and seek an order requiring the plaintiff to execute settlement documents. The plaintiff, through counsel, oppose the motion on the grounds that "the plaintiff does not believe the settlement agreement at issue herein to be in his best interests." (Rec. Doc. 35). Plaintiff's counsel also seeks to withdraw.

1

Federal courts are courts of limited jurisdiction. *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). The record in this matter reflects that it is open and that the trial date is upcoming. The motion to enforce appears to raise a claim for breach of contract, which has not been plead in this matter and is outside the scope of this litigation. Because the Court did not issue any order of dismissal relative to the alleged settlement and did not otherwise agree to enforce the alleged settlement, it would appear to render any motion to enforce a court order of dismissal premature at best. In addition, enforcement of a settlement agreement requires its own basis for jurisdiction, which has not been established here. *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424 (5th Cir. 2002).

Accordingly,

IT IS ORDERED that the defendants' motion to enforce settlement is DENIED. (Rec. Doc. 31).

IT IS FURTHER ORDERED that the motion to withdraw as counsel filed by C. Andrew Childers, M. Brandon Smith, Childers & Schlueter, LLP, Anthony D. Irpino, and the Irpino Law Firm is DENIED. The Court notes that two law firms are representing the plaintiff, and it is argued that only one attorney was involved in the alleged settlement. The Court will also consider a motion to substitute. This matter

needs to continue to move forward.

New Orleans, Louisiana, this 15th day of May, 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE