Proprietary Name Search Results from "OB_Rx" table for query on "dilantin."

| Appl No | TE Code | RLD | Active Ingredient | Dosage Form; Route | Strength | Proprietary Name | Applicant |
|---|---|---|---|---|---|---|---|
| 008762 | AB | Yes | PHENYTOIN | SUSPENSION; ORAL | 125MG/5ML | DILANTIN-125 | PARKE DAVIS |
| 084427 | | Yes | PHENYTOIN | TABLET, CHEWABLE; ORAL | 50MG | DILANTIN | PFIZER PHARMS |
| 084349 | AB | Yes | PHENYTOIN SODIUM | CAPSULE; ORAL | 100MG EXTENDED | DILANTIN | PARKE DAVIS |
| 084349 | AB | Yes | PHENYTOIN SODIUM | CAPSULE; ORAL | 30MG EXTENDED | DILANTIN | PARKE DAVIS |

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through October, 2009
  Patent and Generic Drug Product Data Last Updated: December 02, 2009

http://www.accessdata.fda.gov/scripts/cder/ob/docs/temptn.cfm

12/3/2009

EXHIBIT 1

**Search results from the "OB_Rx" table for query on "008762."**

| | |
|---|---|
| Active Ingredient: | PHENYTOIN |
| Dosage Form;Route: | SUSPENSION; ORAL |
| Proprietary Name: | DILANTIN-125 |
| Applicant: | PARKE DAVIS |
| Strength: | 125MG/5ML |
| Application Number: | 008762 |
| Product Number: | 001 |
| Approval Date: | Approved Prior to Jan 1, 1982 |
| Reference Listed Drug | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through October, 2009
  Patent and Generic Drug Product Data Last Updated: December 02, 2009

**Search results from the "OB_Rx" table for query on "084427."**

| | |
|---|---|
| Active Ingredient: | PHENYTOIN |
| Dosage Form;Route: | TABLET, CHEWABLE; ORAL |
| Proprietary Name: | DILANTIN |
| Applicant: | PFIZER PHARMS |
| Strength: | 50MG |
| Application Number: | 084427 |
| Product Number: | 001 |
| Approval Date: | Approved Prior to Jan 1, 1982 |
| Reference Listed Drug: | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | |

Patent and Exclusivity Info for this product: View

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Generic Drug Product Information & Patent Information - **Daily**
   Orange Book Data Updated Through October, 2009
   Patent and Generic Drug Product Data Last Updated: December 02, 2009

**Search results from the "OB_Rx" table for query on "084349."**

| | |
|---|---|
| Active Ingredient: | PHENYTOIN SODIUM |
| Dosage Form;Route: | CAPSULE; ORAL |
| Proprietary Name: | DILANTIN |
| Applicant: | PARKE DAVIS |
| Strength: | 30MG EXTENDED |
| Application Number: | 084349 |
| Product Number: | 001 |
| Approval Date: | Approved Prior to Jan 1, 1982 |
| Reference Listed Drug: | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

| | |
|---|---|
| Active Ingredient: | PHENYTOIN SODIUM |
| Dosage Form;Route: | CAPSULE; ORAL |
| Proprietary Name: | DILANTIN |
| Applicant: | PARKE DAVIS |
| Strength: | 100MG EXTENDED |
| Application Number: | 084349 |
| Product Number: | 002 |
| Approval Date: | Approved Prior to Jan 1, 1982 |
| Reference Listed Drug: | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | **AB** |

Patent and Exclusivity Info for this product: View

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through October, 2009
  Patent and Generic Drug Product Data Last Updated: December 02, 2009