Proprietary Name Search Results from "OB_Rx" table for query on "phenytoin."

| Appl No | TE Code | RLD | Active Ingredient | Dosage Form; Route | Strength | Proprietary Name | Applicant |
|---|---|---|---|---|---|---|---|
| 078417 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | SUN PHARM INDS |
| 078126 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | APOTEX INC |
| 076886 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | TEVA PARENTERAL |
| 078137 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | WOCKHARDT |
| 078158 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | HOSPIRA |
| 077989 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | BAXTER HLTHCARE |
| 077481 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | BEDFORD |
| 078277 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | IV THERAP |
| 078052 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN NA/ML | FOSPHENYTOIN SODIUM | APP PHARMS |
| 078765 | AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PHENYTOIN | FOSPHENYTOIN SODIUM | HIKMA FARMACEUTICA |

**EXHIBIT 3**

| | | | | NA/ML | | |
|---|---|---|---|---|---|---|
| 078476 AP | No | FOSPHENYTOIN SODIUM | INJECTABLE; INJECTION | EQ 50MG PNENYTOIN NA/ML | FOSPHENYTOIN SODIUM | AKORN STRIDES |
| 040610 AB | No | PHENYTOIN | SUSPENSION; ORAL | 125MG/5ML | PHENYTOIN | VISTAPHARM |
| 040420 AB | No | PHENYTOIN | SUSPENSION; ORAL | 125MG/5ML | PHENYTOIN | WOCKHARDT |
| 040521 AB | No | PHENYTOIN | SUSPENSION; ORAL | 125MG/5ML | PHENYTOIN | TARO |
| 040342 AB | No | PHENYTOIN | SUSPENSION; ORAL | 125MG/5ML | PHENYTOIN | VISTAPHARM |
| 089892 AB | No | PHENYTOIN | SUSPENSION; ORAL | 125MG/5ML | PHENYTOIN | ACTAVIS MID ATLANTIC |
| 040765 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 100MG EXTENDED | EXTENDED PHENYTOIN SODIUM | AMNEAL PHARMS NY |
| 040732 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 100MG EXTENDED | EXTENDED PHENYTOIN SODIUM | WOCKHARDT USA |
| 040621 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 100MG EXTENDED | EXTENDED PHENYTOIN SODIUM | SUN PHARM INDS (IN) |
| 040298 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 100MG EXTENDED | EXTENDED PHENYTOIN SODIUM | MYLAN |
| 040684 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 100MG EXTENDED | EXTENDED PHENYTOIN SODIUM | TARO |
| 040731 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 200MG EXTENDED | EXTENDED PHENYTOIN | SUN PHARM INDS |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | SODIUM | |
| 040731 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 300MG EXTENDED | EXTENDED PHENYTOIN SODIUM | SUN PHARM INDS |
| 040759 AB | No | PHENYTOIN SODIUM | CAPSULE; ORAL | 30MG EXTENDED | EXTENDED PHENYTOIN SODIUM | WOCKHARDT |
| 084307 AP | Yes | PHENYTOIN SODIUM | INJECTABLE; INJECTION | 50MG/ML | PHENYTOIN SODIUM | BAXTER HLTHCARE |
| 089521 AP | No | PHENYTOIN SODIUM | INJECTABLE; INJECTION | 50MG/ML | PHENYTOIN SODIUM | HOSPIRA |
| 040781 AP | No | PHENYTOIN SODIUM | INJECTABLE; INJECTION | 50MG/ML | PHENYTOIN SODIUM | PHARMAFORCE |
| 040573 AP | No | PHENYTOIN SODIUM | INJECTABLE; INJECTION | 50MG/ML | PHENYTOIN SODIUM | HIKMA FARMACEUTICA |
| 089744 AP | No | PHENYTOIN SODIUM | INJECTABLE; INJECTION | 50MG/ML | PHENYTOIN SODIUM | HOSPIRA |

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through October, 2009
  Patent and Generic Drug Product Data Last Updated: December 02, 2009

**Search results from the "OB_Rx" table for query on "078158."**

| | |
|---|---|
| Active Ingredient: | FOSPHENYTOIN SODIUM |
| Dosage Form;Route: | INJECTABLE; INJECTION |
| Proprietary Name: | FOSPHENYTOIN SODIUM |
| Applicant: | HOSPIRA |
| Strength: | EQ 50MG PHENYTOIN NA/ML |
| Application Number: | 078158 |
| Product Number: | 001 |
| Approval Date: | Aug 6, 2007 |
| Reference Listed Drug: | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AP** |

Patent and Exclusivity Info for this product: View

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Generic Drug Product Information & Patent Information - **Daily**
  Orange Book Data Updated Through October, 2009
  Patent and Generic Drug Product Data Last Updated: December 02, 2009

**Search results from the "OB_Rx" table for query on "089521."**

| | |
|---|---|
| Active Ingredient: | PHENYTOIN SODIUM |
| Dosage Form;Route: | INJECTABLE; INJECTION |
| Proprietary Name: | PHENYTOIN SODIUM |
| Applicant: | HOSPIRA |
| Strength: | 50MG/ML |
| Application Number: | 089521 |
| Product Number: | 001 |
| Approval Date: | Mar 17, 1987 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AP** |

Patent and Exclusivity Info for this product: View

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Generic Drug Product Information & Patent Information - **Daily**
   Orange Book Data Updated Through October, 2009
   Patent and Generic Drug Product Data Last Updated: December 02, 2009

**Search results from the "OB_Rx" table for query on "089744."**

| | |
|---|---|
| Active Ingredient: | PHENYTOIN SODIUM |
| Dosage Form;Route: | INJECTABLE; INJECTION |
| Proprietary Name: | PHENYTOIN SODIUM |
| Applicant: | HOSPIRA |
| Strength: | 50MG/ML |
| Application Number: | 089744 |
| Product Number: | 001 |
| Approval Date: | Dec 18, 1987 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | **AP** |
| Patent and Exclusivity Info for this product: | View |

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
   Orange Book Data - **Monthly**
   Generic Drug Product Information & Patent Information - **Daily**
   Orange Book Data Updated Through October, 2009
   Patent and Generic Drug Product Data Last Updated: December 02, 2009