For Payment Only:
P.O. Box 4288
Houston, Texas 77210-4288
All other Inquiries Write:
P.O. Box 20805
Houston, Texas 77225-0805



## ST. LUKE'S®
### EPISCOPAL HOSPITAL

| PATIENT NAME | ACCOUNT NO. | GUARANTOR NO. | ADMIT DATE | DISCH. DATE | PAGE |
|---|---|---|---|---|---|
| SMITH, WALTER A | 06184-00448 | | 07/03/06 | 07/07/06 | 1 |

DOCTOR: SURESH ROONGTA

WALTER A SMITH
PO BOX 3823
PO BOX 3823 FT, POLK 71459
FORT POLK LA    71459

| | INSURANCE COMPANY | | | |
|---|---|---|---|---|
| 1 | 751006 HUMANA HMO POS | | | |
| | GROUP NO. | POLICY NO. | | BILLING DATE |
| | 720003 | 000416255 01 | | 02/08/07 |
| | INSURANCE COMPANY | | | |
| 2 | 350001 CHAMPUS / TRICARE | | | |
| | GROUP NO. | POLICY NO. | | BILLING DATE |
| | | 439686794 | | 02/08/07 |

| DATE | | DESCRIPTION OF SERVICE | | QTY. | AMOUNT |
|---|---|---|---|---|---|
| | ***110 | RM + BD - PRIVATE | | | |
| 07/06 | 001000 | ROOM 2263 P | | 1 | 890.00 |
| | | | AREA TOTAL *** | | 890.00 |
| | ***200 | INTENSIVE CARE | | | |
| 07/03 | 003000 | ROOM 7409 I | | 1 | 3,150.00 |
| 07/04 | 003000 | ROOM 7409 I | | 1 | 3,150.00 |
| 07/05 | 003000 | ROOM 2263 I | | 1 | 3,150.00 |
| | | | AREA TOTAL *** | | 9,450.00 |
| | ***250 | PHARMACY | | | |
| 07/03 | 001044 | SODIUM CHLOR 0.9% 100ML IV BAG | | 1 | 6.25 |
| 07/03 | 001416 | KCL 20MEQ IN 0.9% NS 1000ML | | 1 | 7.00 |
| 07/03 | 001431 | VANCOMYCIN 1GM 10ML VIAL INJ | | 1 | 39.75 |
| 07/03 | 001445 | CEREBYX 50MG/ML 10ML VIAL | | 2 | 529.50 |
| 07/03 | 001454 | DEXAMETHASONE NAPO4 4MG 1ML VIAL | | 3 | 12.00 |
| 07/03 | 001454 | DEXAMETHASONE NAPO4 4MG 1ML VIAL | | 1 | 4.00 |
| 07/03 | 003106 | COREG 3.125MG TABLET | | 1 | 8.50 |
| 07/03 | 004760 | D5W MINI BAG PLUS 100ML BAG | | 1 | 9.00 |
| 07/04 | 000122 | DILANTIN 100MG CR CAPSULE | | 2 | 3.50 |
| 07/04 | 000248 | DEXAMETHASONE 2MG TABLET | | 1 | 2.75 |
| 07/04 | 000248 | DEXAMETHASONE 2MG TABLET | | 1 | 2.75 |
| 07/04 | 000248 | DEXAMETHASONE 2MG TABLET | | 1 | 2.75 |
| 07/04 | 000383 | MORPHINE SULFATE 10MG/ML 1ML VIAL | | 1 | 5.00 |
| 07/04 | 000687 | LIPITOR 10MG TABLET | | 1 | 13.50 |
| 07/04 | 000891 | PRINIVIL 40MG TABLET | | 1 | 1.00 |
| 07/04 | 001044 | SODIUM CHLOR 0.9% 100ML IV BAG | | 1 | 6.25 |
| 07/04 | 001046 | SODIUM CHLORIDE 0.9% 250ML BAG | | 1 | 4.00 |
| 07/04 | 001046 | SODIUM CHLORIDE 0.9% 250ML BAG | | 1 | 4.00 |
| 07/04 | 001046 | SODIUM CHLORIDE 0.9% 250ML BAG | | 1 | 4.00 |
| 07/04 | 001308 | BACITRACIN 50000UNITS VIAL INJ | | 1 | 59.00 |
| 07/04 | 001416 | KCL 20MEQ IN 0.9% NS 1000ML | | 1 | 7.00 |
| 07/04 | 001416 | KCL 20MEQ IN 0.9% NS 1000ML | | 1 | 7.00 |
| 07/04 | 001416 | KCL 20MEQ IN 0.9% NS 1000ML | | 1 | 7.00 |

EXHIBIT 4

ACCOUNT BALANCE  *          CONTINUED
ESTIMATED INSURANCE  *
YOUR ESTIMATED RESPONSIBILITY  *

Note: Amounts indicated to be paid by insurance are estimates only. The exact amount you owe will be determined after your insurance has processed your claim. (If you have not supplied insurance information to the hospital, you are responsible for total charges.) For inquiries call 1-800-854-5455.

02/08/2007 - 10:13:09

For Payment Only:
P.O. Box 4288
Houston, Texas 77210-4288

All other Inquiries Write:
P.O. Box 20805
Houston, Texas 77225-0805



ST. LUKE'S®
EPISCOPAL HOSPITAL

| PATIENT NAME | ACCOUNT NO. | GUARANTOR NO. | ADMIT DATE | DISCH. DATE | PAGE |
|---|---|---|---|---|---|
| SMITH,WALTER A | 06184-00448 | | 07/03/06 | 07/07/06 | 2 |

DOCTOR: SURESH ROONGTA

WALTER A SMITH
PO BOX 3823
PO BOX 3823 FT,POLK 71459
FORT POLK LA    71459

| | INSURANCE COMPANY | | |
|---|---|---|---|
| 1 | 751006 HUMANA HMO POS | | |
| | GROUP NO. | POLICY NO. | BILLING DATE |
| | 720003 | 000416255 01 | 02/08/07 |
| | INSURANCE COMPANY | | |
| 2 | 350001 CHAMPUS / TRICARE | | |
| | GROUP NO. | POLICY NO. | BILLING DATE |
| | | 439686794 | 02/08/07 |

| DATE | | DESCRIPTION OF SERVICE | QTY. | AMOUNT |
|---|---|---|---|---|
| 07/04 | 001446 | CEREBYX 50MG/ML 2ML VIAL | 2 | 214.00 |
| 07/04 | 001454 | DEXAMETHASONE NAPO4 4MG 1ML VIAL | 1 | 4.00 |
| 07/04 | 001454 | DEXAMETHASONE NAPO4 4MG 1ML VIAL | 1 | 4.00 |
| 07/04 | 001826 | LIDOCAINE W/EPI 1% 20ML MDV | 1 | 12.25 |
| 07/04 | 001829 | XYLOCAINE 2% 100MG 5ML IV AMP | 1 | 14.75 |
| 07/04 | 001855 | ZEMURON INJ 50MG 5ML VIAL | 1 | 59.75 |
| 07/04 | 001864 | ZOFRAN 4MG 2ML VIAL | 1 | 100.25 |
| 07/04 | 001910 | FENTANYL 50MCG/ML 5ML AMP | 1 | 5.00 |
| 07/04 | 001923 | PHENYTOIN SODIUM 50MG/ML 5ML VIAL | 2 | 22.50 |
| 07/04 | 002501 | ULTANE SOLN 1ML | 6 | 24.00 |
| 07/04 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/04 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/04 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/04 | 003114 | SODIUM CHLORIDE 0.9% 30ML VIAL | 1 | 2.25 |
| 07/04 | 005636 | PROTONIX 40MG TABLET | 1 | 1.25 |
| 07/04 | 005641 | PROPOFOL 10MG/ML 20ML VIAL | 1 | 23.00 |
| 07/04 | 006021 | THROMBIN 5000UNITS VIAL INJ | 1 | 238.00 |
| 07/04 | 007885 | CARDENE 12.5MG/5ML AMP INJ | 2 | 475.00 |
| 07/04 | 007885 | CARDENE 12.5MG/5ML AMP INJ | 2 | 475.00 |
| 07/04 | 007885 | CARDENE 12.5MG/5ML AMP INJ | 2 | 475.00 |
| 07/04 | 000713 | IV SOL,LACTATED RINGER 1000ML | 1 | 5.25 |
| 07/05 | 000122 | DILANTIN 100MG CR CAPSULE | 2 | 3.50 |
| 07/05 | 000122 | DILANTIN 100MG CR CAPSULE | 2 | 3.50 |
| 07/05 | 000248 | DEXAMETHASONE 2MG TABLET | 1 | 2.75 |
| 07/05 | 000248 | DEXAMETHASONE 2MG TABLET | 1 | 2.75 |
| 07/05 | 000248 | DEXAMETHASONE 2MG TABLET | 1 | 2.75 |
| 07/05 | 000248 | DEXAMETHASONE 2MG TABLET | 1 | 2.75 |
| 07/05 | 000687 | LIPITOR 10MG TABLET | 1 | 13.50 |
| 07/05 | 000891 | PRINIVIL 40MG TABLET | 1 | 1.00 |
| 07/05 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/05 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/05 | 005636 | PROTONIX 40MG TABLET | 1 | 1.25 |
| 07/05 | 006239 | NORMAL SALINE FLUSH 10ML SYRINGE | 1 | 3.00 |
| 07/05 | 006239 | NORMAL SALINE FLUSH 10ML SYRINGE | 2 | 6.00 |

ACCOUNT BALANCE *

ESTIMATED INSURANCE *

YOUR ESTIMATED RESPONSIBILITY *

CONTINUED

Note: Amounts indicated to be paid by insurance are estimates only. The exact amount you owe will be determined after your insurance has processed your claim. (If you have not supplied insurance information to the hospital, you are responsible for total charges.) For inquiries call 1-800-854-5455.

02/08/2007 - 10:13:09

For Payment Only:
P.O. Box 4288
Houston, Texas 77210-4288

All other Inquiries Write:
P.O. Box 20805
Houston, Texas 77225-0805



**ST. LUKE'S®**
EPISCOPAL HOSPITAL

| PATIENT NAME | ACCOUNT NO. | GUARANTOR NO. | ADMIT DATE | DISCH. DATE | PAGE |
|---|---|---|---|---|---|
| SMITH,WALTER A | 06184-00448 | | 07/03/06 | 07/07/06 | 3 |

DOCTOR: SURESH ROONGTA

WALTER A SMITH
PO BOX 3823
PO BOX 3823 FT,POLK 71459
FORT POLK LA    71459

INSURANCE COMPANY
1  751006 HUMANA HMO POS
| GROUP NO. | POLICY NO. | BILLING DATE |
|---|---|---|
| 720003 | 000416255 01 | 02/08/07 |

INSURANCE COMPANY
2  350001 CHAMPUS / TRICARE
| GROUP NO. | POLICY NO. | BILLING DATE |
|---|---|---|
| | 439686794 | 02/08/07 |

| DATE | | DESCRIPTION OF SERVICE | QTY. | AMOUNT |
|---|---|---|---|---|
| 07/06 | 000122 | DILANTIN 100MG CR CAPSULE | 2 | 3.50 |
| 07/06 | 000122 | DILANTIN 100MG CR CAPSULE | 1 | 1.75 |
| 07/06 | 000122 | DILANTIN 100MG CR CAPSULE | 1 | 1.75 |
| 07/06 | 000248 | DEXAMETHASONE 2MG TABLET | 1 | 2.75 |
| 07/06 | 000687 | LIPITOR 10MG TABLET | 1 | 13.50 |
| 07/06 | 000891 | PRINIVIL 40MG TABLET | 1 | 1.00 |
| 07/06 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/06 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/06 | 003817 | BISACODYL 5MG TABLET | 2 | 0.50 |
| 07/06 | 005636 | PROTONIX 40MG TABLET | 1 | 1.25 |
| 07/06 | 006239 | NORMAL SALINE FLUSH 10ML SYRINGE | 1 | 3.00 |
| 07/06 | 006239 | NORMAL SALINE FLUSH 10ML SYRINGE | 2 | 6.00 |
| 07/07 | 000122 | DILANTIN 100MG CR CAPSULE | 2 | 3.50 |
| 07/07 | 000439 | PROPOXYPHENE W/APAP TABLET UD | 2 | 2.50 |
| 07/07 | 000891 | PRINIVIL 40MG TABLET | 1 | 1.00 |
| 07/07 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/07 | 003106 | COREG 3.125MG TABLET | 1 | 8.50 |
| 07/07 | 005636 | PROTONIX 40MG TABLET | 1 | 1.25 |
| 07/07 | 006239 | NORMAL SALINE FLUSH 10ML SYRINGE | 1 | 3.00 |
| 07/07 | 006239 | NORMAL SALINE FLUSH 10ML SYRINGE | 2 | 6.00 |
| | | AREA TOTAL *** | | 3,072.25 |
| | ***270 | MED-SURG SUPPLIES | | |
| 07/04 | 006654 | SURGIFOAM 1GM TOPICAL POWDER | 1 | 240.25 |
| 07/04 | 016020 | PLATE SYS,CRANIOFAC SYNT CAT 2 | 3 | 300.00 |
| 07/04 | 016021 | PLATE SYS,CRANIOFAC SYNT CAT 3 | 6 | 894.00 |
| 07/04 | 026122 | SUCTION CATH-#14 | 2 | 4.00 |
| 07/04 | 026139 | SUCTION,DRAINAGE COLLECTOR | 1 | 6.00 |
| 07/04 | 026139 | SUCTION,DRAINAGE COLLECTOR | 1 | 6.00 |
| 07/04 | 026166 | YANKAUER SUCTION TIP | 1 | 4.00 |
| 07/04 | 005415 | DRAINAGE BAG,CAT 2 | 1 | 20.00 |
| 07/04 | 006005 | SUTURE 3 | 1 | 80.00 |
| | | AREA TOTAL *** | | 1,554.25 |

ACCOUNT BALANCE *
ESTIMATED INSURANCE *
YOUR ESTIMATED RESPONSIBILITY *

CONTINUED

Note: Amounts indicated to be paid by insurance are estimates only. The exact amount you owe will be determined after your insurance has processed your claim. (If you have not supplied insurance information to the hospital, you are responsible for total charges.) For inquiries call 1-800-854-5455.

02/08/2007 - 10:13:09

For Payment Only:
P.O. Box 4288
Houston, Texas 77210-4288

All other Inquiries Write:
P.O. Box 20805
Houston, Texas 77225-0805



# ST. LUKE'S®
EPISCOPAL HOSPITAL

| PATIENT NAME | ACCOUNT NO. | GUARANTOR NO. | ADMIT DATE | DISCH. DATE | PAGE |
|---|---|---|---|---|---|
| SMITH, WALTER A | 06184-00448 | | 07/03/06 | 07/07/06 | 4 |

DOCTOR: SURESH ROONGTA

WALTER A SMITH
PO BOX 3823
PO BOX 3823 FT, POLK 71459
FORT POLK LA    71459

INSURANCE COMPANY
1  751006 HUMANA HMO POS
GROUP NO. 720003   POLICY NO. 000416255 01   BILLING DATE 02/08/07

INSURANCE COMPANY
2  350001 CHAMPUS / TRICARE
GROUP NO.   POLICY NO. 439686794   BILLING DATE 02/08/07

| DATE | | DESCRIPTION OF SERVICE | QTY. | AMOUNT |
|---|---|---|---|---|
| | ***300 | LAB | | |
| 07/03 | 001001 | SODIUM, NA | 1 | 47.00 |
| 07/03 | 001002 | POTASSIUM, K | 1 | 86.00 |
| 07/03 | 001003 | CHLORIDE | 1 | 48.00 |
| 07/03 | 001004 | CO2 CONT | 1 | 40.00 |
| 07/03 | 001005 | BUN, BLOOD UREA NITROGEN | 1 | 63.00 |
| 07/03 | 001006 | CREATININE | 1 | 68.00 |
| 07/03 | 001007 | GLUCOSE | 1 | 35.00 |
| 07/03 | 001045 | CK (CPK) | 1 | 105.00 |
| 07/03 | 001048 | MAGNESIUM, SERUM | 1 | 104.00 |
| 07/03 | 001605 | CK-MB (CPK-MB) | 1 | 228.00 |
| 07/03 | 001642 | TROPONIN I | 1 | 192.00 |
| 07/03 | 002000 | CBC W/AUTO DIFF | 1 | 119.00 |
| 07/03 | 002927 | PT/INR | 1 | 108.00 |
| 07/03 | 002934 | PTT | 1 | 134.00 |
| 07/03 | 007098 | ABO | 1 | 89.00 |
| 07/03 | 007099 | RH | 1 | 82.00 |
| 07/03 | 007551 | ANTIBODY SCRN | 1 | 104.00 |
| 07/04 | 001001 | SODIUM, NA | 1 | 47.00 |
| 07/04 | 001002 | POTASSIUM, K | 1 | 86.00 |
| 07/04 | 001003 | CHLORIDE | 1 | 48.00 |
| 07/04 | 001004 | CO2 CONT | 1 | 40.00 |
| 07/04 | 001005 | BUN, BLOOD UREA NITROGEN | 1 | 63.00 |
| 07/04 | 001006 | CREATININE | 1 | 68.00 |
| 07/04 | 001007 | GLUCOSE | 1 | 35.00 |
| 07/04 | 001048 | MAGNESIUM, SERUM | 1 | 104.00 |
| 07/04 | 001315 | DILANTIN (PHENYTOIN) | 1 | 246.00 |
| 07/04 | 002000 | CBC W/AUTO DIFF | 1 | 119.00 |
| 07/04 | 002022 | PLATELET COUNT, AUTOMATED | 1 | 82.00 |
| 07/04 | 002542 | AGGREG W/ADP 2X10-6 | 1 | 123.00 |
| 07/05 | 001001 | SODIUM, NA | 1 | 47.00 |
| 07/05 | 001002 | POTASSIUM, K | 1 | 86.00 |
| 07/05 | 001003 | CHLORIDE | 1 | 48.00 |
| 07/05 | 001004 | CO2 CONT | 1 | 40.00 |

ACCOUNT BALANCE *
ESTIMATED INSURANCE *
YOUR ESTIMATED RESPONSIBILITY *

CONTINUED

Note: Amounts indicated to be paid by insurance are estimates only. The exact amount you owe will be determined after your insurance has processed your claim. (If you have not supplied insurance information to the hospital, you are responsible for total charges.) For inquiries call 1-800-854-5455.

02/08/2007 - 10:13:09

For Payment Only:
P.O. Box 4288
Houston, Texas 77210-4288

All other Inquiries Write:
P.O. Box 20805
Houston, Texas 77225-0805



# ST. LUKE'S®
EPISCOPAL HOSPITAL

| PATIENT NAME | ACCOUNT NO. | GUARANTOR NO. | ADMIT DATE | DISCH. DATE | PAGE |
|---|---|---|---|---|---|
| SMITH, WALTER A | 06184-00448 |  | 07/03/06 | 07/07/06 | 5 |

DOCTOR: SURESH ROONGTA

WALTER A SMITH
PO BOX 3823
PO BOX 3823 FT, POLK 71459
FORT POLK LA    71459

| INSURANCE COMPANY | | | |
|---|---|---|---|
| 1 | 751006 HUMANA HMO POS | | |
| GROUP NO. | POLICY NO. | BILLING DATE | |
| 720003 | 000416255 01 | 02/08/07 | |
| INSURANCE COMPANY | | | |
| 2 | 350001 CHAMPUS / TRICARE | | |
| GROUP NO. | POLICY NO. | BILLING DATE | |
|  | 439686794 | 02/08/07 | |

| DATE | | DESCRIPTION OF SERVICE | QTY. | AMOUNT |
|---|---|---|---|---|
| 07/05 | 001005 | BUN, BLOOD UREA NITROGEN | 1 | 63.00 |
| 07/05 | 001006 | CREATININE | 1 | 68.00 |
| 07/05 | 001007 | GLUCOSE | 1 | 35.00 |
| 07/05 | 001048 | MAGNESIUM, SERUM | 1 | 104.00 |
| 07/05 | 001315 | DILANTIN (PHENYTOIN) | 1 | 246.00 |
| 07/05 | 002000 | CBC W/AUTO DIFF | 1 | 119.00 |
|  |  | AREA TOTAL *** |  | 3,569.00 |
|  | ***320 | RADIOLOGY-DIAGNOSTIC |  |  |
| 07/03 | 003141 | CHEST, 1 VIEW-NON DEPT | 1 | 232.00 |
|  |  | AREA TOTAL *** |  | 232.00 |
|  | ***350 | CT SCAN |  |  |
| 07/03 | 004115 | CT, BRAIN | 1 | 1,728.00 |
| 07/04 | 004115 | CT, BRAIN | 1 | 1,728.00 |
| 07/05 | 004115 | CT, BRAIN | 1 | 1,728.00 |
|  |  | AREA TOTAL *** |  | 5,184.00 |
|  | ***360 | OR SERVICES |  |  |
| 07/04 | 000324 | OPERATING ROOM, CAT 4 | 87 | 6,057.00 |
|  |  | AREA TOTAL *** |  | 6,057.00 |
|  | ***370 | ANESTHESIA |  |  |
| 07/04 | 000020 | ANES-GENERAL | 87 | 560.24 |
|  |  | AREA TOTAL *** |  | 560.24 |
|  | ***420 | PHYSICAL THERAPY |  |  |
| 07/05 | 000036 | EVALUATION | 1 | 239.00 |
| 07/05 | 000006 | FUNCTIONAL ACTIVITIES(15MIN) | 1 | 120.00 |
| 07/06 | 000006 | FUNCTIONAL ACTIVITIES(15MIN) | 1 | 120.00 |
| 07/07 | 000007 | THERAPEUTIC EXERCISE(15MIN) | 2 | 240.00 |
|  |  | AREA TOTAL *** |  | 719.00 |
|  | ***430 | OCCUPATIONAL THERAPY |  |  |

ACCOUNT BALANCE *

ESTIMATED INSURANCE *

YOUR ESTIMATED RESPONSIBILITY *

**CONTINUED**

Note: Amounts indicated to be paid by insurance are estimates only. The exact amount you owe will be determined after your insurance has processed your claim. (If you have not supplied insurance information to the hospital, you are responsible for total charges.) For inquiries call 1-800-854-5455.

02/08/2007 - 10:13:09

For Payment Only:
P.O. Box 4288
Houston, Texas 77210-4288

All other Inquiries Write:
P.O. Box 20805
Houston, Texas 77225-0805



## ST. LUKE'S® EPISCOPAL HOSPITAL

| PATIENT NAME | ACCOUNT NO. | GUARANTOR NO. | ADMIT DATE | DISCH. DATE | PAGE |
|---|---|---|---|---|---|
| SMITH, WALTER A | 06184-00448 | | 07/03/06 | 07/07/06 | 6 |

DOCTOR: SURESH ROONGTA

WALTER A SMITH
PO BOX 3823
PO BOX 3823 FT, POLK 71459
FORT POLK LA    71459

| | INSURANCE COMPANY | | | |
|---|---|---|---|---|
| 1 | 751006 HUMANA HMO POS | | | |
| | GROUP NO. | POLICY NO. | | BILLING DATE |
| | 720003 | 000416255 01 | | 02/08/07 |
| | INSURANCE COMPANY | | | |
| 2 | 350001 CHAMPUS / TRICARE | | | |
| | GROUP NO. | POLICY NO. | | BILLING DATE |
| | | 439686794 | | 02/08/07 |

| DATE | | DESCRIPTION OF SERVICE | QTY. | AMOUNT |
|---|---|---|---|---|
| 07/05 | 000036 | EVALUATION | 1 | 239.00 |
| 07/05 | 000007 | THERAPEUTIC EXERCISE(15MIN) | 1 | 120.00 |
| | | AREA TOTAL *** | | 359.00 |
| | ***450 | ER | | |
| 07/03 | 003003 | ER LEVEL III | 1 | 665.00 |
| | | AREA TOTAL *** | | 665.00 |
| | ***480 | CARDIOLOGY | | |
| 07/06 | 015120 | ECHOCARDIOGRAM COMBINED 2D&M-MODE | 1 | 1,444.00 |
| 07/06 | 015140 | CONT WAVE PULSED DOPPLER | 1 | 540.00 |
| 07/06 | 015150 | COLOR-FLOW MAPPING | 1 | 575.00 |
| | | AREA TOTAL *** | | 2,559.00 |
| | ***710 | RECOVERY ROOM | | |
| 07/04 | 000404 | RECOVERY, 1-1 | 2 | 883.00 |
| | | AREA TOTAL *** | | 883.00 |
| | ***730 | EKG/ECG | | |
| 07/03 | 012501 | ELECTROCARDIOGRAM-12 LEAD ECG | 1 | 258.00 |
| | | AREA TOTAL *** | | 258.00 |
| | ***940 | OTHER THERAPEUTIC SERVICES | | |
| 07/03 | 090774 | ER IVP INJ SINGLE OR INIT DRUG | 1 | 212.00 |
| 07/03 | 090775 | ER IVP INJ EA ADD SEQUEN DRUG | 1 | 212.00 |
| | | AREA TOTAL *** | | 424.00 |
| | | TOTAL CHARGES | | 36,435.74 |
| 08/10 | I0001 | Insurance Payment (c) | 751 | 0.00 |
| 08/29 | I0001 | Insurance Payment (c) | 751 | 10,076.33CR |
| 11/01 | I0001 | Insurance Payment (c) | 350 | 0.00 |

ACCOUNT BALANCE *

ESTIMATED INSURANCE *

YOUR ESTIMATED RESPONSIBILITY *

**CONTINUED**

Note: Amounts indicated to be paid by insurance are estimates only. The exact amount you owe will be determined after your insurance has processed your claim. (If you have not supplied insurance information to the hospital, you are responsible for total charges.) For inquiries call 1-800-854-5455.

02/08/2007 - 10:13:09

For Payment Only:
P.O. Box 4288
Houston, Texas 77210-4288
All other Inquiries Write:
P.O. Box 20805
Houston, Texas 77225-0805



# ST. LUKE'S®
EPISCOPAL HOSPITAL

| PATIENT NAME | ACCOUNT NO. | GUARANTOR NO. | ADMIT DATE | DISCH. DATE | PAGE |
|---|---|---|---|---|---|
| SMITH, WALTER A | 06184-00448 | | 07/03/06 | 07/07/06 | 7 |

DOCTOR: SURESH ROONGTA

WALTER A SMITH
PO BOX 3823
PO BOX 3823 FT, POLK 71459
FORT POLK LA   71459

| | INSURANCE COMPANY | | |
|---|---|---|---|
| 1 | 751006 HUMANA HMO POS | | |
| GROUP NO. | POLICY NO. | BILLING DATE |
| 720003 | 000416255 01 | 02/08/07 |
| | INSURANCE COMPANY | | |
| 2 | 350001 CHAMPUS / TRICARE | | |
| GROUP NO. | POLICY NO. | BILLING DATE |
| | 439686794 | 02/08/07 |

| DATE | | DESCRIPTION OF SERVICE | QTY. | AMOUNT |
|---|---|---|---|---|
| 11/14 | I0001 | Insurance Payment (c) | 350 | 300.00CR |
| 12/07 | P0001 | PERSONAL CHECK (c) | | 75.00CR |
| 07/15 | A9004 | MANAGED CARE ALLOWANCE(ASCENT) | 751 | 26,059.41CR |
| 08/10 | A0105 | MC DENIAL- NO AUTHORIZATION | 751 | 10,376.33CR |
| 08/29 | A0100 | Managed Care Contractual Allow | 751 | 75.00 |
| 08/29 | A0105 | MC DENIAL- NO AUTHORIZATION | 751 | 10,376.33 |
| | | **TOTAL PAYMENTS/ADJUSTMENTS** | | 36,435.74CR |

ACCOUNT BALANCE * 0.00
ESTIMATED INSURANCE * 0.00
YOUR ESTIMATED RESPONSIBILITY * 0.00

Note: Amounts indicated to be paid by insurance are estimates only. The exact amount you owe will be determined after your insurance has processed your claim. (If you have not supplied insurance information to the hospital, you are responsible for total charges.) For inquiries call 1-800-854-5455.

02/08/2007 - 10:13:09